**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BRANDON EISENBACH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:23-cv-00462 HEA |
| | ) | |
| CITY OF ST. LOUIS, MISSOURI, et al. | ) | |
| | ) | |
| Defendants. | ) | |

# JOINT STATUS REPORT

COME NOW The Parties, by and through respective counsel, and pursuant to this Court's Order dated August 19, 2026 (doc. #100), and state as follows:

1. Plaintiff filed this matter on or about April 12, 2023.

2. Shortly after filing, Plaintiff was notified that Defendant Corizon filed for bankruptcy. Plaintiff subsequently dismissed Corizon from this matter due to the bankruptcy.

3. Defendants Deborah Jones, Naomi Perry, Khalilah Morse, Lakisha Baxton, and Andreal Brown were employed by Corizon at the time of the alleged acts of negligence set forth in Plaintiff's complaint.

4. On or about June 9, 2025 (doc. #91), Defendants Deborah Jones, Naomi Perry, Khalilah Morse, Lakisha Baxton, and Andreal Brown filed a motion to stay this current litigation because of the aforesaid bankruptcy.

5. This Court granted the Defendants' motion to stay proceedings pending the bankruptcy on July 10, 2025.

6. Counsel for Plaintiff has been informed by counsel for Defendants Deborah Jones, Naomi Perry, Khalilah Morse, Lakisha Baxton, and Andreal Brown, that the Debtor is in default which has terminated all injunctive relief per the order of the Bankruptcy Court.

Respectfully Submitted,

Roberts, Wooten & Zimmer, LLC
Attorneys At Law
10438 Business 21
PO Box 888
Hillsboro, MO 63050
(636) 797-2693 / (636) 789-4205 (fax)

By: /s/ Jonathan W. Doss, #70033MO
Charles R. Wooten, #51250MO
CharlesWooten@RWZLaw.com
Jonathan W. Doss, #70033MO
JonathanDoss@RWZLaw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was served upon all counsel of record via email on this 31st day of August 2026.

/s/ Jonathan W. Doss